# Court of Appeals
# of the State of Georgia

ATLANTA,  June 15, 2021

*The Court of Appeals hereby passes the following order:*

**A21A0826. FOREIGN BROTHERS AUTO SALES, LLC v. CANDY NEESE.**

The trial court entered a default judgment against defendant Foreign Brothers Auto Sales, LLC. Thereafter, Foreign Brothers filed a motion to set aside the default judgment pursuant to OCGA § 9-11-60 (d), which the trial court denied. Foreign Brothers then appealed directly to this Court. We, however, lack jurisdiction.

"[T]he denial of a motion to set aside a final judgment under OCGA § 9-11-60 is not directly appealable and instead requires the filing of an application for discretionary appeal under OCGA § 5-6-35 (b)." *Jim Ellis Atlanta, Inc. v. Adamson*, 283 Ga. App. 116, 116 (640 SE2d 688) (2006); see OCGA § 5-6-35 (a) (8). Foreign Brothers's failure to follow the required appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  06/15/2021
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

 , Clerk.